**This order is SIGNED.**

**Dated: November 20, 2020**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

ar

*Order Prepared and Submitted By:*
Ralph R. Mabey (#2036)
Ryan C. Cadwallader (#13661)
KIRTON McCONKIE
36 S. State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: 801-328-3600
Facsimile: 801-212-2013
Email: rmabey@kmclaw.com
          rcadwallader@kmclaw.com

*Counsel for Debtor Black Iron, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re: <br><br> VIDANGEL, INC. <br><br> Debtor. <br><br> ———————————— Debtor. <br><br> VIDANGEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLEARPLAY, INC. <br><br> Defendant. | **ORDER EXTENDING TIME FOR DEFENDANT CLEARPLAY, INC. TO RESPOND TO PLAINTIFF VIDANGEL INC.'S COMPLAINT** <br><br> Bankruptcy Case No. 17-29073 KRA <br><br> Chapter 11 <br><br> Adversary Proceeding No. 20-02102 |

This matter came before the Court on the Stipulation and Motion for Order Extending Time for Defendant Clearplay, Inc. to Respond to Plaintiff VidAngel, Inc.'s Complaint (the "Motion") filed by the Parties. After considering the Motion and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The deadline for ClearPlay, Inc. to respond to the Complaint is extended from November 20, 2020 to Monday, December 21, 2020.

(END OF ORDER)

**APPROVED AS TO FORM:**

STRIS & MAHER LLP


By:   _/s/ Elizabeth Brannen (with permission)_
Elizabeth Brannen
Attorney for VidAngel, Inc.

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be made to the following parties in the manner designated below:

## BY CM/ECF ELECTRONIC SERVICE:

The undersigned certifies that the parties of record in this case are identified below, are registered users of CM/ECF system, and are to receive notice of the foregoing order through the CM/ECF system.

- **George B. Hofmann**   ghofmann@ck.law, dhaney@ck.law;mparks@ck.law
- **George B. Hofmann tr**   trustee@ck.law, dhaney@ck.law;mparks@ck.law;UT16@ecfcbis.com;gbh@trustesolutions.net

By U.S. Mail – I further certify that on this 20th day of November, 2020, a true and correct copy of the foregoing *Order* was sent by United States first class mail, postage prepaid, to the following at the addresses set forth below:

Elizabeth Rogers Brannen
Stris & Maher LLP
777 South Figueroa Street
Suite 3850
Los Angeles, CA 90017

/s/ Teena Sanders

United States Bankruptcy Court
District of Utah

Hofmann tr, IV,
    Plaintiff

ClearPlay, Inc.,
    Defendant

Adv. Proc. No. 20-02102-KRA

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: mkh      Page 1 of 1
Date Rcvd: Nov 23, 2020      Form ID: pdfor1      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

**Recip ID      Recipient Name and Address**
     + Elizabeth Rogers Brannen, Stris & Maher LLP, 777 South Figueroa Street Ste 3850, Los Angeles, CA 90017-5838

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

**Name      Email Address**

George B. Hofmann
     on behalf of Plaintiff George B. Hofmann tr IV ghofmann@ck.law, dhaney@ck.law;mparks@ck.law

George B. Hofmann tr, IV
     trustee@ck.law  dhaney@ck.law;mparks@ck.law;UT16@ecfcbis.com;gbh@trustesolutions.net

Ryan C. Cadwallader
     on behalf of Defendant ClearPlay Inc. rcadwallader@kmclaw.com, twhite@kmclaw.com

TOTAL: 3