FILED
2021 JAN 7 AM 7:49
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>VIDANGEL, INC.,<br><br>    Debtor.<br><br>VIDANGEL, INC.<br><br>    Plaintiff,<br><br>v.<br><br>CLEARPLAY, INC.,<br><br>    Defendant. | ORDER OF CONSOLIDATION<br><br>Case No. 2:20-cv-00877-JNP<br><br>District Judge Jill N. Parrish |

Pursuant to DUCivR 42-1(c), the court enters a sua sponte order of consolidation with Case Number 2:14-cv-00160-DBB-CMR. The parties have 14 days from service of this order to object. If no party objects within this time period, the court directs the clerk of court to transfer this case to Judge Barlow and to consolidate it with Case Number 2:14-cv-00160-DBB-CMR.

DATED January 6, 2021.

BY THE COURT

Jill N. Parrish
United States District Court Judge